**LaRosa & Associates**
1225 King Street, Suite 802
Wilmington, Delaware 19801-3246

Phone: (302) 888-1290
Fax:   (302) 655-9329

Licensed in DE, PA, and NJ
Internet: www.LaRosaLaw.com

March 2, 2018

The Honorable Leonard P. Stark
Chief Judge
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

RE:   **Mhloyi v. Bayhealth Medical Center, Inc., C.A. No. 16-724 (LPS/CJB)**
      **Joint Interim Status Report**

Dear Chief Judge Stark:

Pursuant to Your Honor's Scheduling Order of November 20, 2017, the following is the parties' joint interim status report for the above-referenced matter.

Amendment of the pleadings has been completed. The parties stipulated to and on October 3, 2017, the Court approved Plaintiff's Second Amended Complaint. Defendant filed its Answer to the Second Amended Complaint on October 24, 2017. All pleadings have been served.

Written discovery has commenced. Plaintiff has served his initial discovery requests, and Defendant is preparing its responses to the requests, and will serve its discovery on Plaintiff shortly. Fact discovery is ongoing, and to date, there are no discovery disputes.

The nature of the matters in issue include the following:

(1) Defendant's placement of Plaintiff on unpaid suspension;

(2) Defendant's investigation into the alleged sexual harassment accusations against Plaintiff;

(3) Defendant's comparative treatment of similarly situated Caucasian employees accused of sexual harassment;

(4) Defendant's comparative treatment of other African, non-U.S. natives accused of sexual harassment;

(5) Defendant's alleged violation of its own rules, including its Sexual Harassment Policy Guide B9065.36;

(6) Defendant's denial of promotion of Plaintiff; and

(7) Plaintiff's alleged injuries and damages.

Mediation is scheduled for May 1, 2018, with Judge Burke.

The parties are available at the Court's convenience should Your Honor have any questions.

Respectfully Submitted,

*/s/ John M. LaRosa*

John M. LaRosa

cc: Gregory E. Stuhlman, Esq. (via CM/ECF only)
Johnine P. Barnes, Esq. (via e-mail only)
Mr. Godknows M. Mhloyi (via e-mail only)